Wednesday, March 10, 1999

## MOTION DOCKET

**96–2872.   State v. Raglin.**
Hamilton C.P. No. B96000135.  This court received notification from the Supreme Court of the United States that said court on March 1, 1999 entered an order in No. 98–7376, *Walter Raglin v. Ohio*, which stated:

"The petition for a writ of certiorari is denied."

Upon consideration that the stay of execution of sentence granted by this court on October 27, 1998 was conditioned upon final disposition of appellant's petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered a final disposition of the petition,

IT IS ORDERED that the stay of execution is hereby terminated as of the date of this entry.

IT IS HEREBY ORDERED by this court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 8th day of June 1999, in accordance with the statutes so providing.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

IT IS FURTHER ORDERED by the court that, upon written application of appellant, and pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, this court will grant one additional stay for a period ending six months from the date of this entry to allow appellant an opportunity to file a petition for post-conviction relief.

**98–2449.   State v. Issa.**
Hamilton C.P. No. B9709438.  This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County.  Upon consideration of appellant's motion for extension of time for transmission of transcript,

IT IS ORDERED by the court that the motion for extension of time for transmission of transcript be, and hereby is, granted, and the time for transmitting transcript is extended until April 15, 1999. Appellant's brief shall be due ninety days from the date the transcript is filed.